**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 419 EAL 2019 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| DEMETRIUS YOUNG, | : |
| | |
| Petitioner | |

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 31st day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.